

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00243-CV

**THE LAW OFFICE OF DENNIS HUNSBERGER**,
Appellant

v.

**PHYSICIAN LIFE CARE PLANNING, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04283
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED July 21, 2021.

_____
Rebeca C. Martinez, Chief Justice